IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02561-BNB

ALAN WAYNE GOCKLEY,

Applicant,

v.

ANGEL MEDINA, Warden, L.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 12 2010

GREGORY C. LANGHAM
CLERK

## ORDER DIRECTING APPLICANT TO FILE AMENDED PLEADING

Applicant, Alan Wayne Gockley, is a prisoner in the custody of the Colorado Department of Corrections (DOC) and is currently incarcerated at the Limon Correctional Facility. Mr. Gockley initiated this action by filing a *pro se* application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has paid the $5.00 filing fee.

The Court must construe the application liberally because Mr. Gockley is not represented by an attorney. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be an advocate for a *pro se* litigant. See *Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Gockley will be ordered to file an amended pleading.

The Court has reviewed the application filed by Mr. Gockley and finds that it is deficient. The claims Mr. Gockley raises in this action must be asserted pursuant to 28 U.S.C. § 2241 because those claims call into question the execution, and not the validity, of Mr. Gockley's criminal sentence See *Montez v. McKinna*, 208 F.3d 862,

865 (10th Cir. 2000). More specifically, Mr. Gockley asserts that he has convictions stemming from three different criminal cases. He alleges that the sentencing court ordered the sentences to run concurrently, but that in May of 2009, the DOC "notified [him] that they were reconfiguring his sentence to now run consecutively . . . ignoring the sentencing order which stated it was to run concurrent. . . ." Application at 5-6. Mr. Gockley alleges that he is "illegally incarcerated past his maximum sentence which has expired." *Id.* at 6. Mr. Gockley will be directed to file an amended pleading on the proper form if he wishes to pursue his claims challenging the execution of his sentence. Accordingly, it is

ORDERED that Mr. Gockley file an amended pleading on the proper form **within thirty (30) days from the date of this order.** It is

FURTHER ORDERED that the clerk of the court mail to Mr. Gockley, together with a copy of this order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that if Mr. Gockley fails within the time allowed to file an amended pleading as directed, the action will be dismissed without further notice.

DATED November 12, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02561-BNB

Alan Wayne Gockley
Prisoner No. 122027
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on 11/12/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk